UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-8399 DLB

FILED by _____ D.C.
OCT - 9 2012
STEVEN M. LARIMORE
CLERK U.S. DIST CT.
S.D. OF FLA - W.P.B.

UNITED STATES OF AMERICA,

v.

Dejvid Mirkovic
_____

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW Jack Goldberger and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Signature _____

Date: 10/09/12

Counsel's Name (Printed) Jack Goldberger

Florida Bar Number (Required) 262013

Address 250 Australian Ave Ste 1400 WPB, FL   Zip Code: 33401

Telephone (561) 659-8300