# CRIMINAL COURT MINUTES
## U.S. Magistrate Judge DAVE LEE BRANNON

| | | |
|---|---|---|
| Courtroom Number # 2 | Date: 10/09/2012 | Time: 2:30 P.M. |

Page: 1

Defendant: DEJVID MIRKOVIC   Case #: 12-8399-DLB

AUSA: WILLIAM ZLOCH  Lauren Jorgenson / Michael Canty   Attorney: Jack Goldberger - Temp.

Violation: REMOVAL TO E/D OF NEW YORK   Agent:

Proceeding: INITIAL HEARING   CJA Appt:

Bond/PTD Held: ⊙ Yes   ○ No   Recommended Bond: PTD (REQUESTED BY GOVT)

Bond Set at: _____   Co-signed by: _____

- [ ] All standard conditions
- [ ] Surrender and/or do not obtain passport/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ___
- [ ] Other: ___

Language: ENGLISH

Disposition: Initial held. Deft. present with counsel - swon/deft & advise of rights. Notice of appearance filed. Gov't. present arguments. Deft. waives removal & request to have a detention hearing in the E/D of New York. Waiver & Warrant of Removal signed.

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: ___
PTD/Bond Hearing: ___
Prelim/Arraign or Removal: ___
Status Conference RE: ___
D.A.R. 14:35:31   Time in Court: 10 mins

Courtroom Deputy: Sandra Acevedo