UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-8399-DLB
M 12-929

UNITED STATES OF AMERICA

Plaintiff,

vs DEJVID MIRKOVIC

Defendant(s),

FILED by ga D.C.
OCT - 9 2012
STEVEN M. LARIMORE
CLERK U.S. DIST CT.
S.D. OF FLA. - W.P.B.

## WARRANT OF REMOVAL

A(n)   _X_ Complaint
       ___ Indictment
       ___ Information
       ___ Probation Violation Warrant
       ___ Bench Warrant

having been filed in the  EASTERN  District of  NEW YORK

charging the above named defendant with  18: 1117 , and the defendant having

___ Surrendered

_X_ Been Arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

___ Waived Further Hearing

___ Been given a hearing in accordance with Fed.R.Crim.P. 40.

and having not posted the bail or having been detained as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

DONE AND ORDERED at West Palm Beach, Florida this 9th day of  October , 2012.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

c:  United States Marshal (Original & 1 Certified Copy)
    Defense Counsel
    United States Attorney
    United States Pretrial Services