# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Steven M. Larimore**
Court Administrator • Clerk of Court

701 Clematis Street, Room 402
West Palm Beach, Florida 33401
(561) 803-3400

## TRANSMITTAL LETTER

**TO:**   CLERK, UNITED STATES DISTRICT COURT
E/D OF NEW YORK
Federal Plaza, Room 100
Central Islip, New York 11722

**RE:**   USA vs. DEJVID MIRKOVIC
Your Case No.: M 12-929
Our Case No.: 12-8399-DLB

**DATE:** October 9, 2012

FILED by ___ D.C.
OCT - 9 2012
STEVEN M. LARIMORE
CLERK U.S. DIST CT.
S.D. OF FLA. - W.P.B.

==================================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to Rule 40

Please find enclosed the following documents:

| | |
|---|---|
| _____ | Original file |
| __XX__ | Certified File |
| _____ | Magistrate Proceedings - Original Pleadings |
| _____ | CASH Bond  Amount $_____ |

(Note: Cash is not included in this transmittal and will be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter and sending it to:

UNITED STATES DISTRICT COURT
CLERK OF COURT
701 CLEMATIS STREET
WEST PALM BEACH, FLORIDA 33401

By _/s/ Sandra Acevedo_____
Sandra Acevedo, Deputy Clerk

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*